# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Lucky JJC, Inc., a California corporation,
   Plaintiff,

V.

Gurnee Mills Operating Company, LLC, a Delaware limited liability company,
   Defendant

CASE NUMBER: 08CV4339

ASSIGNED JUDGE: Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

GURNEE MILLS OPERATING COMPANY, L.L.C.
225 W. Washington St.
Indianapolis, IN 46204-3435

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Landes
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr. Ste. 3000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes
-----------------------------------
(By) DEPUTY CLERK

July 31, 2008
-----------------------------------
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 08CV4339
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Gurnee Mills Operating Company, LLC, c/o CT Corporation System** by leaving a copy with **Dawn Schultz, Senior Process Specialist and Authorized Person**, on **July 31, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **55**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S. La Salle St., Ste. 814, Chicago, IL 60604**
TIME OF DAY: **3:40 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 5th day of **August 2008**.

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/19/11