# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LUCKY JJC, INC.**, a California corporation, ) ) ) **Plaintiff** ) ) v. ) ) ) **GURNEE MILLS OPERATING COMPANY, L.L.C.**, a Delaware limited liability company, ) ) ) ) **Defendant.** ) | Case No. 08-cv-4339<br>Hon. Samuel Der-Yeghiayan |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff, Lucky JJC, Inc. ("LJJC") hereby dismisses this action without prejudice. No party has yet filed an answer or a motion for summary judgment in this case, and LJJC has not previously dismissed any federal or state court action based on or including the same claim.

Dated: August 14, 2008

s/ Peter N. Moore _____
Stephen J. Landes
W. Allen Woolley
Peter N. Moore
Wildman, Harrold, Allen & Dixon LLP
225 W. Wacker Dr., Suite 2800
Chicago, IL 60606
(312) 201-2676
(312) 201-2555 (fax)
*Counsel for Lucky JJC, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 14, 2008, he caused a copy of the above NOTICE OF VOLUNTARY DISMISSAL to be served by U.S. Mail, postage prepaid, upon the following party who has not yet appeared in this action and is therefore not registered with the Court's Electronic Case Filing ("ECF") system:

        GURNEE MILLS OPERATING COMPANY, L.L.C.
        c/o Registered Agent:
        CT Corporation System
        208 S. LaSalle St.
        Chicago, IL 60604-1000

        s/ Peter N. Moore
        Peter N. Moore
        *Counsel for Plaintiff, Lucky JJC*